UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:15-cr-20-T-17JSS

ANDREW MICHAEL ALARCO

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following assets:

  a. An Acer Aspire 5517 laptop; and

  b. An LG phone, serial number 405CQAS0232736.

On November 8, 2016, the Court entered a Preliminary Order of Forfeiture for the assets described above, pursuant to 18 U.S.C. § 2253.   Doc. 69.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from November 10, 2016 through December 9, 2016. Doc. 74.   The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court,

Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801

North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their

interests within 60 days of the first date of publication.   No third party has filed

a petition or claimed an interest in the asset, and the time for filing such petition

has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown,

the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and

Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the

assets identified above are CONDEMNED and FORFEITED to the United

States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 12th day of April,

2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne Nebesky, AUSA
Counsel of Record

2